NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DONOVAN DAVE DIXON, | : | CIV. NO. 20-7991 (RMB) |
| Petitioner | : | |
| v. | : | **OPINION** |
| DAVID ORTIZ, and UNITED STATES OF AMERICA | : | |
| Respondents | : | |

BUMB, District Judge

    Petitioner Donovan Dixon, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a request for release from prison under the "Compassionate Care Act," alleging he is at risk of death if he contracts COVID-19. The Court construes Petitioner's filing as a motion for compassionate release under 18 U.S.C. § 3582(c))(1)(A), as amended by the First Step Act. "Section 3582's text requires those motions to be addressed to the sentencing court[.]" United States v. Raia, 954 F.3d 594, 596 (3d Cir. 2020). This Court, therefore, lacks jurisdiction. According to the national index of federal court cases, Petitioner is serving a sentence imposed by the United States District Court, Eastern District of North Carolina. See United States v. Dixon, 7:16cr30-D-1 (E.D.N.C.)[1] Pursuant to 28

---

[1] Available at www.pacer.gov.

U.S.C. § 1631, the Court will transfer this matter to Petitioner's sentencing court in the Eastern District of North Carolina.

An appropriate Order follows.

**Dated: July 7, 2020**

                                          s/Renée Marie Bumb
                                          **RENÉE MARIE BUMB**
                                          **United States District Judge**